


McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

SEALED




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF:<br><br>622 KENSINGTON ST., DELANO, CALIFORNIA 93215<br><br>900 SUSAN ST. APT. 31 DELANO, CALIFORNIA 93215<br><br>14989 AVE. 88, PIXLEY, CALIFORNIA | S.W. NO. 1: 08 SW 00202 GSA<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVIT |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley

//

//

//

A. Boone, shall be filed with the Court *in camera*, under *seal* and shall not be disclosed pending further order of this court.

DATED: 9/24/08

GARY S. AUSTIN
U.S. Magistrate Judge