```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

OCT 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____J. HELLINGS_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>622 KENSINGTON ST.,<br>DELANO, CALIFORNIA 93215<br><br>900 SUSAN ST. APT. 31<br>DELANO, CALIFORNIA 93215<br><br>14989 AVE. 88,<br>PIXLEY, CALIFORNIA | SW-F 08-00201<br>     08-00202<br>     08-00203<br><br>ORDER TO UNSEAL SEARCH WARRANT<br>AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of its Court on September 24, 2008, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 10/30/08

_____
UNITED STATES MAGISTRATE JUDGE

1